IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **FELIX ZENDEJAS, d/b/a TURTLES PLACE,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | No. 2:15-cv-00049-J |
| **NAUTILUS INSURANCE COMPANY** | § § § | |
| *Defendant*. | § | |

## STIPULATION OF DISMISSAL

**COME NOW** Felix Zendejas d/b/a Turtles Place and Nautilus Insurance Company and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

**WHEREFORE**, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted,

    TOLLEFSON BRADLEY MITCHELL &
    MELENDI, LLP

    */s/ Lori J. Murphy*
    John C. Tollefson
    State Bar No. 20109400
    Southern District Bar No. 13149
    JohnT@tbmmlaw.com
    Lori J. Murphy
    State Bar No. 14701744

Southern District Bar No. 711885
LoriM@tbmmlaw.com
2811 McKinney Avenue, Suite 250 West
Dallas, Texas  75204
Telephone:(214) 665-0100
Facsimile: (214) 665-0199
**COUNSEL FOR PLAINTIFF NAUTILUS INSURANCE COMPANY**

DALY & BLACK, P.C.

*/s/ Ana M. Ane*
Richard D. Daly
SBN 00796429
rdaly@dalyblack.com
Ana M. Ane
SBN 24076368
2211 Norfolk Street, Suite 800
Houston, Texas  77098
(713) 655-1405– Telephone
(713) 655-1587 – Fax
dchaves@coplawfirm.com
**COUNSEL FOR PLAINTIFF FELIX ZENDEJAS D/B/A TURTLES PLACE**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on the 7th day of May, 2015, and that service of same was served on all counsel of record and will be made by the Court's CM-ECF system.

                                            /s/ *Lori J. Murphy*
                                            Lori J. Murphy