IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| FELIX ZENDEJAS, d/b/a TURTLES PLACE, | § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | No. 2:15-cv-00049-J |
| NAUTILUS INSURANCE COMPANY | | |
| *Defendant.* | | |

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having examined said Stipulation and being duly advised, now grants same.

**IT IS THEREFORE ORDERED THAT** this cause is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

SIGNED this 7th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE